IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00581-BNB

JERRY L. MASKE,

    Plaintiff,

v.

IBM CORPORATION,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 1 1 2009

GREGORY C. LANGHAM
CLERK

---

ORDER TO FILE CLAIMS ON A TITLE VII COMPLAINT FORM

---

Plaintiff, Jerry L. Maske, submitted a *pro se* Complaint on March 10, 2009. On April 13, 2009, the Court instructed Mr. Maske to amend the Complaint in keeping with Fed. R. Civ. P. 8. Mr. Maske filed an Amended Complaint on April 28, 2009, in which he raises claims against Defendant under Title I of the Americans with Disabilities Act (ADA). The Court must construe Mr. Maske's Complaint liberally, because he is a *pro se* litigant. **Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991).

The ADA expressly adopts Title VII's administrative exhaustion requirements. 42 U.S.C. § 12117(a). Therefore, an ADA plaintiff must exhaust his claims before an Equal Employment Opportunity Commission (EEOC) as a prerequisite to a federal court having jurisdiction over the ADA claims. Mr. Maske has failed to allege or to demonstrate that he has met the statutory prerequisites for maintaining an employment discrimination lawsuit in federal court. He fails to allege that he has received a right-to-sue letter from the EEOC and, if he did, what date he received the letter.

The Court, therefore, will direct Mr. Maske to file a Second Amended Complaint on a Title VII Court-approved form. Mr. Maske is instructed to complete the form in full. He also is instructed to indicate whether he has met statutory prerequisites for maintaining an employment discrimination lawsuit in federal court. He is further directed to attach to the Complaint a copy of the right-to-sue letter he received from the EEOC if he received such a letter. Accordingly, it is

ORDERED that Mr. Maske file, **within thirty days from the date of this Order**, a completed Court-approved form used in filing Title VII complaints. It is

FURTHER ORDERED that the Clerk of the Court shall mail to Plaintiff two copies of a Court-approved form used in filing Title VII complaints. It is

FURTHER ORDERED that if Plaintiff fails to file a completed Title VII Complaint form **within thirty days of the date of this Order** the Complaint and action will be dismissed without further notice.

DATED May 11, 2009, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00581-BNB

Jerry Maske
2705 Danube Way, Unit 101
Aurora, CO 80013

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Title VII Complaint form** to the above-named individuals on 5/11/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk