IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00581-BNB

JERRY L. MASKE,

    Plaintiff,

v.

IBM CORPORATION,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 2 2009

GREGORY C. LANGHAM
CLERK

---

ORDER DISMISSING CASE

---

Plaintiff Jerry L. Maske currently resides in Aurora, Colorado. Mr. Maske initiated this action by filing a Complaint under Title I of the Americans with Disabilities Act (ADA). Upon review of the Complaint, Magistrate Judge Boyd N. Boland entered an order directing Mr. Maske to file an Amended Complaint on a Court-approved form used in filing a Title VII action and to assert that he has met the statutory prerequisite for maintaining an employment discrimination lawsuit in federal court, because the ADA has adopted the Title VII's administrative exhaustion requirements.

On May 14, 2009, Mr. Maske filed a Letter with the Court stating that "I cannot obtain a right-to-sue letter from the EEOC until July 15, 2009. In two months, I will file a civil complaint." The Court must construe the Letter liberally because Mr. Maske is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Rule 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an

answer or a motion for summary judgment . . . ." No answer has been filed by Defendant in this action. Further, a voluntary dismissal under Rule 41(a)(1)(A) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) ($2^d$ ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.$2^d$ 501, 507 (10th Cir. 1968).

The Court, therefore, construes the Letter as a Notice of Dismissal filed pursuant to Rule 41(a)(1)(A)(i). The file will be closed as of May 14, 2009, the date the Notice was filed with the Court. *See **Hyde Constr. Co.***, 388 F.$2^d$ at 507. Accordingly, it is

ORDERED that the Letter is construed as a Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and is effective as of May 14, 2009, the date Mr. Maske filed the Notice in this action. It is

FURTHER ORDERED that the dismissal is without prejudice.

DATED at Denver, Colorado, this 21 day of _____May_____, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00581-BNB

Jerry Maske
2705 Danube Way, Unit 101
Aurora, CO 80013

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/22/09

GREGORY C. LANGHAM, CLERK

By: _____
    Deputy Clerk